Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 92 C 3289 | **DATE** | 9/19/2001 |
| **CASE TITLE** | Ventre, et al vs. Datronic Rental | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's Motion to enter satisfaction of the $9,115,000.00 Judgment entered against Edmund Lopinski on September 27, 2000 is Granted. ENTER ORDER Lopinski's Motion for the return of assets in excess of judgment liability; Motion to set aside irrevocable proxy and consent agreement and Motion for the accounting for Southwick Rental Income are all stricken for Lopinski's failure to appear and present.
(11) ☒ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | SEP 20 2001 date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | CM docketing deputy initials | 932 |
| | Copy to judge/magistrate judge. | | |
| PAMF | courtroom deputy's initials | 01 SEP 19 PM 6:39 date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN VENTRE, individually and as a representative on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>DATRONIC RENTAL CORPORATION, an Illinois corporation; et al.,<br><br>Defendants. | No. 92 C 3289<br><br>Judge David H. Coar |

## ORDER

This matter coming on the motion of John Ventre, individually and as representative on behalf of a class of similarly situated persons and the court being fully advised:

## IT IS ORDERED

1. That the judgment in the amount of $9,115,000 entered against Edmund Lopinski on September 27, 2000, is satisfied and discharged.

2. That Lease Resolution Corporation shall distribute any and all other funds available for distribution to the limited partners in order to wrap up the partnership affairs.

ENTERED:

David H. Coar
United States District Judge

Dated: SEP 19 2001

F:\wpdocs\11963720\ORDER.WPD

DOCKETED SEP 2 0 200