# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Datronic Rental Corporation, et al.

                                   Plaintiff,

v.                                                    Case No.: 1:92–cv–03289
                                                              Hon. David H. Coar

Datronic Rental Corporation, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 9, 2005:

       MINUTE entry before Judge David H. Coar : Motion hearing held on 2/9/2005 regarding motion by plaintiff, Salvage Investors, to clarify[943]. Motion to clarify [943] is granted as stated on the record, paragraph 2 of the proposed order is modified and paragraph 4 is stricken, amended order to follow. No notice advised in open Court.(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.