**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

**FILED**

JUL - 7 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOHN VENTRE, et al

    Vs.

EDMUND J. LOPINSKI, JR.
    Defendant-Petitioner

No. 92 C 3289
Honorable William J. Hibbler
Presiding Judge

## MOTION FOR COURT INJUNCTION TO FREEZE FUNDS AND FOR AN ACCOUNTING OF SAID FUNDS

    NOW COMES Petitioner EDMUND J. LOPINSKI, JR. ("Petitioner"), by his attorney Michael B. Cohen, and moves for a Court Injunction to Freeze Funds and for an accounting of said funds.

### Summary of Facts

    1.    On June 17, 2011, Petitioner filed a Fraud on the Court petition charging that a massive fraud had been perpetrated on this Honorable Court.

    2.    This fraud has resulted in the loss of hundreds of millions of dollars of assets, principal and interest by numerous persons including Petitioner and the 35,000 innocent investors of the Datronic Investment Partnerships who relied on the Federal Judicial System to protect their American rights and dreams to fair play and just treatment concerning their investments.

1

3.   Petitioner has filed substantial documentary proof that a litany of false disclosures were made to this Court, in the form of false filings, false affidavits and false testimony to the Court by numerous Fraud Perpetrators.

4.   Parties responsible for these false disclosures include Lease Resolution Corporation (now dissolved), attorney Philip Wolin and his law firm, Wolin, Kelter & Rosen Ltd., and attorney Jerome Torshen and his law firm Torshen, Slobig, Dragutinovich and Axel Ltd.

5.   These parties identified in Par. 4 above, and others were served with a Verified Petition to Vacate Judgments Obtained by Fraud on the Court in the Captioned Case, Ventre vs. Datronic Rental et al, 92 C 3289. This Verified Petition was filed with this Court on June 17, 2011.

6.   The 10 K's filed with the Securities and Exchange Commission on behalf of the Datronic Equipment Income Funds disclosed that Lease Resolution Corporation retained possession of $5.6 million of funds. These funds were obtained from Petitioner's company, Datronic Rental Corporation, and/or from petitioner's personal assets, and/or from the Datronic Equipment Income Funds Limited Partnerships previously managed by petitioner and Datronic. The parties identified in Par. 4 above have provided no accounting for these funds to the Securities and Exchange Commission, to the 35,000 investors in the Datronic Equipment Income Funds or to the Petitioner.

7.   On information and belief, Petitioner believes that the parties identified in Par. 4 above intend to convert these $5.6

million in funds to their own personal benefit, ie: as a defense fund against the claims made against them in this Court.

8. Petitioner has asserted in this Court that these $5.6 million in funds have been obtained unlawfully by the parties identified in Par. 4 above as a result of their Fraud on the Court in this case.

Wherefore, petitioner prays that this Honorable Court enter an Injunction Order freezing these $5.6 million in funds, plus any interest earned on these funds, pending the final rulings on this Verified Petition. Petitioner further prays that the Court order the parties identified in Par. 4 to provide a detailed accounting of these funds to the petitioner and this Court, which includes the bank(s) where these funds are located, the related account numbers, the balances in each account, the interest earned on these funds, and disbursements (if any) of these funds including the payor, payees, amounts and dates of disbursement, and the purpose of said disbursements, and that such further relief be granted as this Honorable Court deems proper.

Respectfully Submitted,

Michael B. Cohen

Michael B. Cohen,
Attorney for Edmund J. Lopinski, Jr.

Michael B. Cohen
Attorney at Law
55 W. Wacker, Ste. 1400
Chicago, IL. 60601
312 726 0739

3

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR THE   JUL - 7 2011
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOHN VENTRE, et al
Plaintiffs,
Vs.

Case No: 92 C 3289
Honorable William J. Hibbler
Presiding Judge

DATRONIC RENTAL CORPORATION, an Illinois
Corporation, and EDMUND J. LOPINSKI, JR. et al,
Defendants.

PROPOSED ORDER

Philip Wolin, the law firm of, Wolin, Kelter & Rosen Ltd., and the law firm of Torshen, Slobig,
Dragutinovich and Axel Ltd. are hereby ORDERED to provide a detailed accounting to this Court and the
Petitioner, of the location of funds obtained and held by one or more of them, or their agents, assigns, or
custodians from and obtained from any Datronic Equipment Income Funds, Lease Resolution
Corporation, or any one or more of them, in their representations in *Ventre vs. Datronic Rental et al*, 92
C 3289, to include identification of the bank(s) or other custodian(s) where these funds are located, the
related account numbers, the balances in each account, the interest earned on these funds, and
disbursements (if any) of these funds including the payors, payees, amounts and dates of disbursement,
and the purpose of said disbursements by July 31, 2011; and

It is hereby further ORDERED that, in the interim, pending final rulings on the Verified Petitions in
this Case and until further order of this Court said persons shall preserve and cause to be preserved all
such funds and records with respect to such funds and shall be enjoined from disposing or otherwise
affecting said funds or records otherwise than in accordance with the order of this Court.

_____

Honorable William J. Hibbler

1